1  ERIC A. GROVER (SBN 136080)
   eagrover@kellergrover.com
2  **KELLER GROVER LLP**
   1965 Market Street
3  San Francisco, California 94103
   Telephone: (415) 543-1305
4  Facsimile:  (415) 543-7861

5  Attorneys for Plaintiff
   ELIZABETH MEDDAUGH
6
   FREDERICK W. KOSMO, JR. (SBN 138036)
7  fkosmo@wilsonturnerkosmo.com
   JOCELYN D. HANNAH (SBN 224666)
8  jhannah@wilsonturnerkosmo.com
   **WILSON TURNER KOSMO LLP**
9  550 West C Street, Suite 1050
   San Diego, California  92101
10 Telephone: (619) 236-9600
   Facsimile:  (619) 236-9669
11
   Attorneys for Defendant
12 LIVEWATCH SECURITY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MEDDAUGH, individually and on behalf of a class similarly situated individuals,<br><br>           Plaintiff,<br><br>     v.<br><br>LIVEWATCH SECURITY, LLC,<br><br>           Defendant. | Case No. 16-cv-00131-MEJ<br><br>**JOINT STIPULATION OF DISMISSAL AND ORDER**<br><br>**FRCP Rule 41(a)(1)(A)(ii)** |

JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER                                CASE NO. 16-CV-00131

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ELIZABETH MEDDAUGH ("Plaintiff") and Defendant LIVEWATCH SECURITY, LLC ("Defendant"), by and through their respective undersigned counsel, hereby submit this Joint Stipulation of Dismissal and [Proposed] Order, and stipulate and agree as follows:

WHEREAS, on November 6, 2015, Plaintiff filed an alleged putative class action complaint against Defendant asserting claims of unlawful Short Message Service texting to Plaintiff and putative class members in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq*.

WHEREAS, Defendant removed the action on January 8, 2016.

WHEREAS, Plaintiff has agreed to dismiss this entire civil lawsuit, with prejudice as to her individual claims and without prejudice as to the alleged putative class action claims.

WHEREAS, Plaintiff has not moved for class certification, and a class has not been certified by the Court. The Parties' stipulated dismissal of this action does not resolve the claims, issues, or defenses of any putative or certified class. Under Rule 23(e) of the Federal Rules of Civil Procedure, where a class has not been certified, Court approval is not required for dismissal. Fed. R. Civ. P. 23(e) (court approval only required for dismissal of "the claims, issues, or defenses of a ***certified*** class") (emphasis added); *see also Advisory Committee Notes on 2003 Amendments to Rule 23, Subdivision (e), Paragraph (1)* ("The new rule requires [court] approval only if the claims, issues or defenses of a ***certified*** class are resolved by . . . voluntary dismissal.") (emphasis added).

WHEREAS, the Parties are not aware of any member of the alleged putative class who, in reliance upon this action or otherwise, has refrained from bringing a claim identical or similar to any of the claims in this action or who might be prejudiced by dismissal of this action by the Court.

For the reasons set forth above and pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the Parties hereby jointly Stipulate to the dismissal with prejudice of

Plaintiff's individual claims and the dismissal without prejudice of the alleged class action claims and request that the Court terminate all proceedings in this action.

The Parties shall bear their own costs and fees associated with this action and the dismissal.

IT IS SO STIPULATED

Dated: January 15, 2016                                KELLER GROVER LLP


By: */s/ Eric A. Grover*
Eric A. Grover
Attorneys for Plaintiff
ELIZABETH MEDDAUGH


Dated: January 15, 2016                                WILSON TURNER KOSMO LLP


By: */s/ Frederick W. Kosmo, Jr.*
Frederick W. Kosmo, Jr.
Attorneys for Defendant
LIVEWATCH SECURITY, LLC

1 **ORDER**

2   This action is dismissed in its entirety pursuant to Rule 41(a)(1)(A)(ii). Plaintiff
3 Meddaugh's individual claims are dismissed with prejudice, and the claims of the putative class
4 members are dismissed without prejudice. Plaintiff Meddaugh has not moved for class
5 certification, a class has not been certified by the Court, and this dismissal does not resolve the
6 claims, issues, or defenses of any putative or certified class. Pursuant to Rule 23(e) of the Federal
7 Rules of Civil Procedure, where a class has not been certified, Court approval is not required for
8 dismissal. Fed. R. Civ. P. 23(e); *see also Advisory Committee Notes on 2003 Amendments to*
9 *Rule 23, Subdivision (e), Paragraph (1)*. The Court hereby terminates all proceedings in this
10 action.

11   The Parties shall bear their own costs and fees associated with this action and the
12 dismissal.

13 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14

15 Dated: January 19, 2016    _____
16                             HON. MARIA ELENA JAMES
                                UNITED STATES MAGISTRATE JUDGE